** NOT PRINTED FOR PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DANIEL COOPER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1-13-CV-255 |
| v. | § | |
| | § | JUDGE RON CLARK |
| UNION PACIFIC RAILROAD CO., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Before the court is the parties' Joint Motion for Dismissal with Prejudice. [Doc. # 44]. The parties seek a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Joint Motion for Dismissal with Prejudice [Doc. # 44] is GRANTED, this case is DISMISSED WITH PREJUDICE, and costs will be borne by the party incurring the same. IT IS FURTHER ORDERED that all pending motions in this matter be DENIED as moot.

So **ORDERED** and **SIGNED** this **19** day of **August, 2014.**

_____
Ron Clark, United States District Judge

1